IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE DOUGHTY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil No. 3:13-CV-4404-N-BK |
| | § | |
| J.P. MORGAN CHASE BANK, N.A. &<br>BLTREJV3 DALLAS LLC,<br>    Defendants. | §<br>§<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 15th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE